UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VILLAREAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BELLFLOWER UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. 2:17-cv-06733-SVW(PLAx)<br><br>**ORDER** |
| BELLFLOWER UNIFIED SCHOOL DISTRICT,<br><br>　　　　Counter Claimant,<br><br>　v.<br><br>MARIA VILLAREAL,<br><br>　　　　Counter Defendant. | |

///

///

ORDER

The Court, having reviewed and considered the forgoing and finding good cause, does hereby ORDER that the Plaintiff/Counter Defendant's REQUEST FOR DISMISSAL, is hereby granted.

DATED: May 31, 2018

_____

Stephen V. Wilson

UNITED STATES DISTRICT JUDGE